1  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   DANIEL FEINBERG, Bar No. 135983
2  dfeinberg@lewisfeinberg.com
   ANDREW LAH, Bar No. 234580
3  alah@lewisfeinberg.com
   476 – 9th Street
4  Oakland, CA  94607
   Telephone:     (510) 839-6824
5  Facsimile:     (510) 839-7839

6  Attorneys for Plaintiff
   SHARON ECKLUND
7
   SEDGWICK LLP
8  REBECCA A. HULL, Bar No.99802
   rebecca.hull@sedgwicklaw.com
9  ERIN A. CORNELL, Bar No.227135
   erin.cornell@sedgwicklaw.com
10 333 Bush Street, 30th Floor
   San Francisco, CA  94104-2834
11 Telephone:     (415) 781-7900
   Facsimile:     (415) 781-2635
12
   Attorneys for Defendants
13 METROPOLITAN LIFE INSURANCE
   COMPANY, CISCO SYSTEMS, INC. GROUP LTD PLAN
14

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| SHARON ECKLUND, | Case No. 3:12-cv-00869 SBA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADR DEADLINE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; CISCO SYSTEMS, INC. GROUP LTD PLAN, | |
| Defendants. | |

   Plaintiff Sharon Ecklund and defendants Metropolitan Life Insurance Company and Cisco Systems, Inc. Group LTD Plan (collectively "defendants"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

SF/3172397v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE

1. On June 15, 2012, the parties agreed to participate in court-sponsored mediation. (ECF No. 17.)

2. On July 9, 2012, the Court ordered that the parties complete mediation by October 31, 2012. (ECF No. 19.)

3. On September 21, 2012, Robert Links was appointed as the parties' mediator. (ECF No. 23.)

4. On September 24, 2012, following an objection to the appointment of Mr. Links, the Court vacated Mr. Links' appointment and recommended that the parties seek an extension of the October 31, 2012 ADR deadline. (ECF No. 24.)

5. On October 4, 2012, C. Mark Humbert was appointed as the parties' mediator. (ECF No. 25.)

6. The parties are in the process of meeting and conferring with each other and Mr. Humbert in order to find a mediation date suitable for all parties.

WHEREBY, the parties stipulate and agree and respectfully request the Court continue the last day to complete ADR to December 31, 2012.

DATED: October 17, 2012     LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Andrew Lah (as authorized on 10/17/2012)
    Daniel Feinberg
    Andrew Lah
    Attorneys for Plaintiff
    SHARON ECKLUND

DATED: October 17, 2012     SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC. GROUP LTD PLAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

    Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete ADR be continued to December 31, 2012.

DATED:  10/18/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG