LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
DANIEL FEINBERG, Bar No. 135983
dfeinberg@lewisfeinberg.com
ANDREW LAH, Bar No. 234580
alah@lewisfeinberg.com
476 – 9th Street
Oakland, CA  94607
Telephone:     (510) 839-6824
Facsimile:      (510) 839-7839

Attorneys for Plaintiff
SHARON ECKLUND

SEDGWICK LLP
REBECCA A. HULL, Bar No.99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL, Bar No.227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY, CISCO SYSTEMS, INC. GROUP LTD PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ECKLUND,<br><br>                    Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CISCO SYSTEMS, INC. GROUP LTD PLAN,<br><br>                    Defendants. | Case No. 3:12-cv-00869 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE ADR DEADLINE** |

Plaintiff Sharon Ecklund and defendants Metropolitan Life Insurance Company and Cisco Systems, Inc. Group LTD Plan (collectively "defendants"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

SF/3172397v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE

1. On June 15, 2012, the parties agreed to participate in court-sponsored mediation. (ECF No. 17.)

2. On July 9, 2012, the Court ordered that the parties complete mediation by October 31, 2012. (ECF No. 19.)

3. On September 21, 2012, Robert Links was appointed as the parties' mediator. (ECF No. 23.)

4. On September 24, 2012, following an objection to the appointment of Mr. Links, the Court vacated Mr. Links' appointment and recommended that the parties seek an extension of the October 31, 2012 ADR deadline. (ECF No. 24.)

5. On October 4, 2012, C. Mark Humbert was appointed as the parties' mediator. (ECF No. 25.)

6. The parties are in the process of meeting and conferring with each other and Mr. Humbert in order to find a mediation date suitable for all parties.

WHEREBY, the parties stipulate and agree and respectfully request the Court continue the last day to complete ADR to December 31, 2012.

DATED: October 17, 2012      LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Andrew Lah (as authorized on 10/17/2012)
    Daniel Feinberg
    Andrew Lah
    Attorneys for Plaintiff
    SHARON ECKLUND

DATED: October 17, 2012      SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC. GROUP LTD PLAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

     Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete ADR be continued to December 31, 2012.

DATED: 10/18/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG