1  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   DANIEL FEINBERG, Bar No. 135983
2  dfeinberg@lewisfeinberg.com
   ANDREW LAH, Bar No. 234580
3  alah@lewisfeinberg.com
   476 – 9th Street
4  Oakland, CA  94607
   Telephone:    (510) 839-6824
5  Facsimile:    (510) 839-7839

6  Attorneys for Plaintiff
   SHARON ECKLUND
7
8  SEDGWICK LLP
   REBECCA A. HULL, Bar No.99802
   rebecca.hull@sedgwicklaw.com
9  ERIN A. CORNELL, Bar No.227135
   erin.cornell@sedgwicklaw.com
10 333 Bush Street, 30th Floor
   San Francisco, CA  94104-2834
11 Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
12
   Attorneys for Defendants
13 METROPOLITAN LIFE INSURANCE
   COMPANY, CISCO SYSTEMS, INC. GROUP LTD PLAN
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

18 SHARON ECKLUND,                    Case No. 3:12-cv-00869 SBA

19              Plaintiff,            **STIPULATION AND ORDER TO
                                      CONTINUE ADR DEADLINE**
20     v.

21 METROPOLITAN LIFE INSURANCE
   COMPANY; CISCO SYSTEMS, INC.
22 GROUP LTD PLAN,

23              Defendants.

24

25

26        Plaintiff Sharon Ecklund and defendants Metropolitan Life Insurance Company and

27 Cisco Systems, Inc. Group LTD Plan (collectively "defendants"), by and through their

28 respective attorneys of record, hereby stipulate and agree as follows:

SF/3172397v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE

1.     On June 15, 2012, the parties agreed to participate in court-sponsored mediation.  (ECF No. 17.)

2.     On July 9, 2012, the Court ordered that the parties complete mediation by October 31, 2012.  (ECF No. 19.)

3.     On September 21, 2012, Robert Links was appointed as the parties' mediator. (ECF No. 23.)

4.     On September 24, 2012, following an objection to the appointment of Mr. Links, the Court vacated Mr. Links' appointment and recommended that the parties seek an extension of the October 31, 2012 ADR deadline.  (ECF No. 24.)

5.     On October 4, 2012, C. Mark Humbert was appointed as the parties' mediator. (ECF No. 25.)

6.     The parties are in the process of meeting and conferring with each other and Mr. Humbert in order to find a mediation date suitable for all parties.

WHEREBY, the parties stipulate and agree and respectfully request the Court continue the last day to complete ADR to December 31, 2012.

DATED:  October 17, 2012          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                                  By: /s/ Andrew Lah (as authorized on 10/17/2012)
                                      Daniel Feinberg
                                      Andrew Lah
                                      Attorneys for Plaintiff
                                      SHARON ECKLUND

DATED:  October 17, 2012          SEDGWICK LLP


                                  By: /s/ Rebecca A. Hull
                                      Rebecca A. Hull
                                      Erin A. Cornell
                                      Attorneys for Defendants
                                      METROPOLITAN LIFE INSURANCE
                                      COMPANY, CISCO SYSTEMS, INC. GROUP LTD
                                      PLAN

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete ADR be continued to December 31, 2012.

DATED:  10/18/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE