UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON ECKLUND,<br><br>            Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY; CISCO SYSTEMS, INC.<br>GROUP LTD PLAN,<br><br>          Defendants. | Case No:  C 12-0869 SBA<br><br>**ORDER OF CONDITIONAL<br>DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days of the date this Order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: 2/8/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge